UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-1087

JEAN MASSIE, et al.,

        Appellants,

vs.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,

        Appellees.

APPEAL FROM THE FINAL ORDER OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT C.A. 06-1004 ENTERED ON OCTOBER 31, 2008

**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF NATIONAL HOUSING LAW PROJECT AND HOUSING PRESERVATION PROJECT**

James R. Grow (Cal. Bar #83548)
National Housing Law Project
614 Grand Avenue, Suite 320
Oakland, CA 94610
(510) 251-9400 Ext. (3)104
Counsel for *Amici Curiae* National Housing Law Project and
Housing Preservation Project

The National Housing Law Project and the Housing Preservation Project move this Court, pursuant to Rules 29 and 40, Federal Rules of Appellate Procedure, for leave to participate as *Amici Curiae* and the attached *Amici Curiae* Brief in the above captioned case.

The National Housing Law Project was established in 1968 to provide specialized legal assistance on housing and urban development issues to attorneys working for the then newly created legal services program. Since then, NHLP has expanded its mission to advance housing justice for poor people by increasing and preserving the supply of decent, affordable housing. The Housing Preservation Project is a non-profit public interest law firm working in Minnesota and nationally to preserve and expand the supply of affordable housing. Since 1999 HPP has worked on the preservation of nearly three hundred low income projects in Minnesota and nationally, providing technical assistance on preservation programs and financing and litigating a wide variety of preservation issues.

Over the last year, both organizations have repeatedly encountered situations with similarities to those in this case in which the United States Department of Housing and Urban Development (HUD) has misapplied, or refused to apply, the provisions of Section 311 of the 2006 HUD Appropriations Act. As a result, the efforts of the moving organizations were frustrated and low income residents and

their legal services attorneys were denied a very important tool for preserving their homes and the low income housing supply.

    We do not here attempt to address the fact issues in this case, but believe that HUD's legal assertions with regard to Section 311 and HUD's relocation obligations are contrary to clear Congressional intent. Unfortunately, the District Court's agreement with HUD in this case is based in substantial part on a serious misreading of the relevant legislative history. We submit this *Amici Curiae* brief on those legal issues to assist the court in applying the law to the facts of this case.

Respectfully Submitted August 31, 2009    s/James R. Grow_____
    James R. Grow (Cal. Bar #83548)
    National Housing Law Project
    614 Grand Avenue, Suite 320
    Oakland, CA 94610
    (510) 251-9400 Ext. (3)104

    Counsel for *Amici Curiae* National Housing Law Project and Housing Preservation Project