# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-1087

Jean Massie, et al v. Dept Housing, et al

2-06-cv-01004

## O R D E R

The Court has received the Motion to Proceed as Amicus and the Proposed Amicus Brief on behalf of National Housing law Project and Housing Preservation Project in Support of Appellants.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28 - The following is/are missing:**

- Table of Contents

- Table of Authorities

- Conclusion

- Certification of 3rd Cir. Bar Membership

- Certification of identical briefs

- Certification of virus check

- Certificate of service

Additionally, Brief and Corporate Disclosure Statement are attached to the Motion event.

**Action Required Regarding Amicus/Intervenor Brief**

In order to cure errors specific to Amicus/Intervenor Briefs, counsel must file a revised Amicus brief separately on the docket, using the "Amicus/Intervenor brief" event.

Corporate disclosure statement and entry of appearance on behalf of counsel must be filed separately as well.

**Counsel or the party(ies) must correct the above listed deficiencies by . No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

**For the Court,**

*Marcia M. Waldron*
**Marcia M. Waldron, Clerk**


MS/cc:    **Donald Driscoll, Esq.**
          **Robert L. Eberhardt, Esq.**
          **Megan E. Farrell, Esq.**
          **Kevin L. Quisenberry, Esq.**


**Dated: September 1, 2009**